B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Mark Seed Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>42-1326038 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>823 W 2nd St<br>Perry, IA<br><br>ZIP Code 50220 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dallas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 67<br>Perry, IA<br><br>ZIP Code 50220 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mark Seed Company |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mark Seed Company |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Bradley R. Kruse
Signature of Attorney for Debtor(s)

Bradley R. Kruse
Printed Name of Attorney for Debtor(s)

Brown Winick Graves Gross Baskerville & Schoenebaum PLC
Firm Name
666 Grand Avenue
Suite 2000
Des Moines, IA 50309-2501

_____
Address

                     Email: kruse@brownwinick.com
515-242-2460  Fax: 515-323-8560
Telephone Number

December 26, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Bill Pim
Signature of Authorized Individual

Bill Pim
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

December 26, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Southern District of Iowa

In re   Mark Seed Company

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Monsanto Company<br>75 Remittance Dr Ste 1069<br>Chicago, IL 60675-1069 | Monsanto Company<br>75 Remittance Dr Ste 1069<br>Chicago, IL 60675-1069 | Trade debt - Seed genetics and royalty | | 880,254.94 |
| Smart Seeds Inc<br>Westfield<br>177E 100 N<br>Flora, IN 46929 | Smart Seeds Inc<br>Westfield<br>177E 100 N<br>Flora, IN 46929 | Trade debt - Supplier for Corn inventory | | 278,564.96 |
| Leland Boyd<br>2273 Packard Ave<br>Charles City, IA 50616 | Leland Boyd<br>2273 Packard Ave<br>Charles City, IA 50616 | Trade debt - Grower-Soybean inventory | | 178,582.82 |
| Greenleaf Genetics<br>62426 Collections Center Dr<br>Chicago, IL 60693-0624 | Greenleaf Genetics<br>62426 Collections Center Dr<br>Chicago, IL 60693-0624 | Trade debt - Seed genetics and royalty | | 150,256.33 |
| Larson Grain Company<br>103 1st St NE<br>Lamoure, ND 58458 | Larson Grain Company<br>103 1st St NE<br>Lamoure, ND 58458 | Trade debt | | 130,315.40 |
| Bayer CropScience LP<br>Dept 1069<br>PO Box 12121069<br>Dallas, TX 75312-1069 | Bayer CropScience LP<br>Dept 1069<br>PO Box 12121069<br>Dallas, TX 75312-1069 | Trade debt - Seed genetics and royalty | | 128,194.27 |
| Ron Sterler<br>2423 Rewing Ave<br>Melvin, IA 51350 | Ron Sterler<br>2423 Rewing Ave<br>Melvin, IA 51350 | Trade debt - Grower-Soybean inventory | | 111,525.80 |
| Mark A Terpstra<br>1650 G Ave<br>Perry, IA 50220 | Mark A Terpstra<br>1650 G Ave<br>Perry, IA 50220 | Trade debt - Owner loan | | 78,000.00 |
| MBS Genetics LLC<br>225 W 2st St<br>Story City, IA 50248 | MBS Genetics LLC<br>225 W 2st St<br>Story City, IA 50248 | Trade debt - Seed genetics and royalty | | 75,660.56 |
| Bob Klima<br>13506 220th St<br>Silver Lake, MN 55381 | Bob Klima<br>13506 220th St<br>Silver Lake, MN 55381 | Trade debt - Grower-Soybean inventory | | 54,905.40 |
| Dow Agrosciences<br>912 Center St<br>MO 63888 | Dow Agrosciences<br>912 Center St<br>MO 63888 | Trade debt - Grower-Soybean inventory | | 54,734.47 |

B4 (Official Form 4) (12/07) - Cont.

In re   Mark Seed Company                                                    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Gary Davie<br>19515 Watersedge Cir<br>Plattsmouth, NE 68048 | Gary Davie<br>19515 Watersedge Cir<br>Plattsmouth, NE 68048 | Trade debt - Grower-Soybean inventory | | 54,204.30 |
| Dennis Hoffman<br>2423 Redwing Ave<br>Melvin, IA 51350 | Dennis Hoffman<br>2423 Redwing Ave<br>Melvin, IA 51350 | Trade debt - Grower-Soybean inventory | | 51,557.40 |
| Carlin Yoder<br>20447 Lakeview Road<br>Leon, IA 50144 | Carlin Yoder<br>20447 Lakeview Road<br>Leon, IA 50144 | Trade debt - Grower-Soybean inventory | | 48,124.93 |
| Tom Hall<br>31804 470th Ave<br>Burbank, SD 57010 | Tom Hall<br>31804 470th Ave<br>Burbank, SD 57010 | Trade debt - Grower-Soybean inventory | | 43,740.00 |
| Chase Card Services - 7494<br>First USA<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Card Services - 7494<br>First USA<br>PO Box 94014<br>Palatine, IL 60094-4014 | Credit card purchases | | 41,003.02 |
| Hoffman Seed House<br>200 E  4th St<br>PO Box 66<br>Hoffman, IL 62250 | Hoffman Seed House<br>200 E  4th St<br>PO Box 66<br>Hoffman, IL 62250 | Trade debt - Supplier for Seed inventory | | 40,511.86 |
| Ken Herbranson<br>17544 440th Ave<br>Clitherall, MN 56524 | Ken Herbranson<br>17544 440th Ave<br>Clitherall, MN 56524 | Trade debt - Grower-Soybean inventory | | 29,373.21 |
| Galen Hippen<br>22364 280th St<br>Parkersburg, IA 50665 | Galen Hippen<br>22364 280th St<br>Parkersburg, IA 50665 | Trade debt - Grower-Soybean inventory | | 27,020.70 |
| Allan Hayworth<br>2677 150th St<br>New Sharon, IA 50207 | Allan Hayworth<br>2677 150th St<br>New Sharon, IA 50207 | Trade debt - Grower-Soybean inventory | | 26,173.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   December 26, 2014                     Signature   /s/ Bill Pim
                                                          Bill Pim
                                                          CFO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

ABM AG Div LLC
375 Bonneitz Ave
PO Box 222
Van Wert, OH  45891

Action Print
1776 22nd St
West Des Moines, IA  50266

ACTS
17434 Noble Ave.
Carroll, IA  51401-8888

Adams Seed
29245 300th St
Wendell, MN  56590

AFLAC
Remittance Processing Services
1932 Wynnton Rd
Columbus, GA  31999-0797

Agrigenetics Inc
Licensing & Accounting 308/F
14694 Collections Center Dr
Chicago, IL  60693

Allan Hayworth
2677 150th St
New Sharon, IA  50207

Alliant Energy
PO Box 3066
Cedar Rapids, IA  52406-3066

ALMACO
99 M Ave
Nevada, IA  50201

American General Life Companies
Payment Processing Center
PO Box 0798
Carol Stream, IL  60132-0798

American Seed Trade Assn
1701 Duke St Ste 275
Alexandria, VA  22314-3492

Aschim Consulting
534 Waterbury Cir
Des Moines, IA  50312

Audubon Real Estate Trust
304 Market St Ste 1
Audubon, IA  50025

Badger Paperboard Inc
PO Box 160
Fredonia, WI  53021

Bahler Transportation Services
PO Box 22
Fairbury, IL  61739

Baird Seed Farms
1122 Knox Hwy 18
Williamsfield, IL  61489

Ballard Farms
2618 110th St
Marengo, IA  52301

Banner Life Insurance
PO Box 740526
Atlanta, GA  30374-0526

Bart Paulsen
3637 120th St.
Stockton, IA  52769

Bauer Countryside Ag Service, Inc.
5020 690th Ave
Graceville, MN  56240

Bayer CropScience LP USA
Dept. 1069
PO Box 121069
Dallas, TX  75312-1069

Fred Beane
50015 Beaver Rd
Aberdeen, MS  39730

Benda Ag Service
Dean Benda
2946 Hwy V18
Elberon, IA  52225

Benny Bendewald
49360 E Hwy 20
O'Neill, NE  68763

Big Sky Wholesale Seeds, Inc
PO Box 852
Shelby, MT  59474

Bill Pim
2221 63rd #105
Urbandale, IA 50322

Bob Klima
13506 220th St
Silver Lake, MN  55381

Brad Smuck
19289 195th St
Iowa Falls, IA  50126

Brad Wolf
35713 Juniper Rd
Barnard, MO  64423

Breckenridge Software Technology
2514 Eaton Rd
PO Box 7291
Wilmington, DE  19803-0291

Brokaw Parts
2761 200th St
Fort Dodge, IA  50501

Bruce Wiles
19515 Watersedge Cir
Plattsmouth, NE  68048

Burrell Farms
3242 C Ave.
Marion, IA  52302

Byron Chalstrom
1373 230th St
Moorland, IA   50566

CH Robinson Worldwide Inc
PO Box 9121
Minneapolis, MN   55480-9121

Carlin Yoder
20447 Lakeview Rd
Leon, IA   50144

Cassens Mill
108 E Ringgold
Box 26
Sigourney, IA   52591

Centerville Ag
30195 SD Hwy 19
Centerville, SD   57014

Century Link
PO Box 91154
Seattle, WA   98111-9254

Chad Ballhagen
13193 468th St
Wilmot, SD   57279

Charles Watson
448 Harts Prairie Rd
Franklin, IL   62638

Chase Card Services - 3564
First USA
PO Box 94014
Palatine, IL   60094-4014

Chase Card Services - 7494
First USA
PO Box 94014
Palatine, IL   60094-4014

Chuy's Tires
1525 W 2nd St
Perry, IA   50220

Citizens Bank
RBS Citizens, NA
PO Box 255587
Sacramento, CA 95865-5587

Clay County Growers
Box 504
Spencer, IA  51301

Cochran Freund & Young LLC
2023 Caribou Dr
Fort Collins, CO  80525

Colfax Farmers Elevator
10447 Field Ave
Colfax, IA  50054

Colfax Farmers Elevator
101 Dakota St S
Colfax, ND  58018

Consumer Supply Distributing LLC
PO Box 1820
North Sioux City, SD  57049

Continental Western Group
PO BOX 14558
Des Moines, IA  50306-3558

Corn States Hybrids
PO Box 935616
Atlanta, GA  31193-5616

Craig Barker
3710 N 1350 E-34
Converse, IN  46919

Cremers Holtzbauer & Nearmyer PC
6200 Aurora Ave Ste 600W
Urbandale, IA  50322-2871

Cromwell Towing
Rod Cromwell
1405 I Court
Perry, IA  50220

Cronin Farms Inc.
16051 W Whitlock Rd
Gettysburg, SD  57442

Cross Dillion Tire
5185 NE 22nd St
Des Moines, IA  50313-2521

Cyclone Pest Management West
5305 Windsor Ct
Pleasant Hill, IA  50327

Dallas County Hospital
610 Tenth St
Perry, IA  50220

Dallas County Treasurer
Courthouse
918 Court St Ste A
Adel, IA  50003

David Cwach
43865 307th St
Yankton, SD  57078

Dave Adolph
15310 Covell Rd
Morrison, IL  61270

Davison Crop Improvement
25798 409th Ave
Mitchell, SD  57301

Dean Weis
2306 Redwood Ave
Afton, IA  50830

Deanda Bean Walkers
4601 Derocher Path
Sioux City, IA  51106

Dennis Hoffman
2423 Redwing Ave
Melvin, IA  51350

Dennis Wisecup
202 W 7th St
P O Box 182
Ogden, IA  50212

Dewaine Vanhoveln
1669 E 1200 North Rd
Milford, IL  60953

Diamond Oil Company
600 SE Raccoon St
PO Box 955
Des Moines, IA  50304-0955

Dolezal Farm Supply
800 Hwy 30 West
Toledo, IA  52342

Don Paustian
2355 320th St
Toledo, IA  52342

Don Rosdail Jr
1464 Rosdail
Marion, IA  52302

Donald Auch
29421 429th Av
Lesterville, SD  57040

Doris Gibson
2991 Montieth Rd
Panora, IA  50216

Doug Kinney
655 Ashton Ct
Waukee, IA 50263

Doug Little
18779 Fawn Hollow Rd
Farmersburg, IA  52047

Dow Agrosciences
912 Center St
Crete, NE  68333

Drew Lietz
102 Peterson St
Alta, IA  51002

Duane Hornor
2425 570th St
Albert City, IA  50510

Eagle Seed Company
PO Box 308
Weiner, AR  72479-0308

Ed Craig
7242 112th St NE
Mitchellville, IA  50169

Ed M Feld Equipment
113 North Griffith Rd
Box 625
Carroll, IA  51401

Eric Brownlie
2931 74th St
Atkins, IA  52206

Erlin Ellison
3068 SD Hwy 19
Vermillion, SD  57069

Evergreen Colony
35691 156th St
Faulkton, SD  57438

Fagen Elevator
426 E. Broadway
PO Box 278
Keota, IA  52248

Ferrellgas
PO Box 88086
Chicago, IL  60680-1086

Fred Jackson
3162 Garden Ave
Bedford, IA  50833

G Schnieder Farms LLC
N 1150 Hwy 57
Kiel, WI  53042

Galen Hippen
22364 280th St
Parkersburg, IA  50665

Gary Bryan
PO Box 242
Ladora, IA  5225

Gary Davie
19515 Watersedge Cir
Plattsmouth, NE  68048

Glenn Koch
6808 630th St
Wheaton, MN  56296

GM Card
Dept. 9600
Carol Stream, IL  60128-9600

Great Southern Bank
PO Box 68
Springfield MO  65802

Great Western Bank
1111 141st St
Perry, IA  50220

GreenLeaf Genetics
62426 Collections Center Dr
Chicago, IL  60693-0624

Greg Riebkes
805 S Monroe
PO Box 73
Wellsburg, IA  50680

Hall Roberts & Son
139 W Greene St
Postville, IA  52162

Harold Coon
3425 Waukon Ave
Lohrville, IA  51453

Harris Bank
BMO Harris Bank
PO Box 2045
Milwaukee, WI 53201

Heartland Coop
PO Box 7139
Des Moines, IA  50325-0399

Hector Valenzuela
2104 W 2nd St
Perry, IA  50220

Herbert Groves
2749 150th St
New Sharon, IA  50207

Hiemstra Farms
695 McKimber St
Knoxville, IA  50138

Hinrichsen Seed
1025 Fairview Ave
Fairmont, MN  56031

Hoffman Seed House
200 E 4th St
P.O. Box 66
Hoffman, IL  62250

Independent Professional Seed Assn
P.O. Box 241312
Omaha, NE  68124

Infomax Office Systems
PO Box 817
Des Moines, IA 50304

Interstate Grain
4207 Grain Ln
Center Point, IA  52213

Iowa Crop Improvement Association
4611 Mortensen Rd Ste 101
Ames, IA  50014-6228

Iowa Seed Association
900 Des Moines St
Des Moines, IA  50309

Iowa State University
Treasurer's Office
1220 Beardshear Hall
Ames, IA  50011-2254

James Hoffman
29363 750th Ave
St James, MN  56081

James Zieser
5383 33rd Ave
Center Point, IA  52213

Jane Allen
17893 H Ave
Perry, IA  50220

Jay Lisher
2487 290th St
Bedford, IA  50833

Jeff Johnson
N7026 Hwy 12 & 16
New Lisbon, WI  53950

Jeff Kral
21567 County Rd 24
Sleepy Eye, MN  56085

Jeff Kramer
1632 345th Ave
Wever, IA  52658

Jeff Mueller
N665 Co. Rd. W
Mount Calvary, WI  53057

Jerry Longman
18688 250 N Ave
Tiskilwa, IL  61368

Jerry Schuh
3020 Sherman Rd
Jackson, WI  53037

Jim Guy
47750 104th St
Rosholt, SD  57260

JMJJ Buman Farm
John Buman
800 Rd M16
Harlan, IA  51537

Jon Kenney
1263 Hoyle Rd
Dixon, IL  61021

John Burmeister
122 90th Ave
Ceylon, MN  56121

Josh Riley Trucking Inc
15244 130th St
Dawson, IA  50066

Julius Ferch
10717 74th St SE
La Moure, ND  58458

Karl Hayes
1268 150th Ave
Indianola, IA  50125

Keith Sexton
2195 250th St
Rockwell City, IA  50579

Ken Herink
1057 110th St
Roberts, WI  54023

Ken Herbranson
17544 440th Ave
Clitherall, MN  56524

Kevin Klocke
1055 Hwy 71
Templeton, IA  51463

Kevin Throener
8751 125th Ave SE
Cogswell, ND  58017

Keystone Equipment Finance Corp
433 New Park Ave
West Hartford, CT 06110

Krist Insurance Services
6600 Westown Pkwy Ste 250
West Des Moines, IA  50266-7724

Kyle Hornor
Hornor Farms
2425 570th St
Albert City, IA  50510

Kyle Zieser
2410 Jamestown Ave
Independence, IA  50644

LaCrosse Forage & Turf
PO Box 995
LaCrosse, WI  54602-0995

Lakeview Colony
28748 386th Ave
Lake Andes, SD  57356

Lane Jervik
29660 481st Ave
Hudson, SD  57034

Langston Companies Inc
PO Box 1000 Dept 14
Memphis, TN  38148-0014

Larry Bybee
103 S Sunset Dr
Pleasantville, IA  50225

Lars Olson
39554 390th St
Heron Lake, MN  56137

Larson Grain Company
103 1st St NE
LAMOURE, ND  58458

Leland Boyd
2273 Packard Ave
Charles City, IA  50616

Lincoln Tent Inc
3900 Cornhusker Hwy Ste 1
Lincoln, NE  68504

Lischer Bros Farms
2487 90th St
Bedford, IA  50833-8408

Lischer Brothers Trucking
Box 153
Bedford, IA  50833

Lowell Birhanzl
1030 20th Street SW
Montivideo, MN  56265

Marengo Farm & Home
Wheatbelt #225
365 Western Ave
PO Box 166
Marengo, IA  52301-0166

Mark Bierschenk
6716 29th Ave
Shellsburg, IA  52332

Mark Degan
PO Box 86
Ireton, IA  51027

Mark A Terpstra
1650 G Ave
Perry, IA  50220

Marlin Miller
2275 520th St SW
Kalona, IA  52247

Mary Jo Rubis
31586 Indigo St
Hinton, IA  51024

Marvin Manifold
2600 S. Six Mile Rd
Sioux Falls, SD  57110

MBS Genetics LLC
225 West 1st St
Story City, IA  50248

MidAmerican Energy
PO Box 8020
Davenport, IA  52808-8020

Midco Global, Inc.
145 Grand Ave
Kirkwood, MO  63122-6007

Midwest Shows Inc
PO Box 737
Austin, MN  55912-0737

MidWestern Bag & Supply
2402 SE Creekview Dr Ste 7
Ankeny, IA  50021

Mike Davy
N2080 Resthaven Rd
Rubicon, WI  53078

Mike Herke
3850 230th St
Estherville, IA  51334

Mike Phillips
9089 NW 56th St
Waseca, MN  56093

Mike Stevens
46115 289th St
Centerville, SD  57014

Mike Wensel
31878 470th Ave
Burbank, SD  57010

Miller Hybrids
1213 Larch Ave
Kalona, IA  52247

Monsanto Company
75 Remittance Dr Ste 1069
Chicago, IL  60675-1069

Monte Erickson
2809 Buchanan Ave
Eagle Grove, IA  50533

Motor Parts Warehouse
117 S Chestnut St
Jefferson, IA  50129

Multi Service Corporation
8650 College Blvd
Overland Park, KS  66210

Muth Electric Inc
PO Box 1400
Mitchell, SD  57301

Natures Best
311 S. Main St
Inwood, IA  51240

Neil Warrington
13424 Sunset Dr
Groton, SD  57445

North Dakota State Seed Dept
PO Box 5257
Fargo, ND  58105-5257

Pallet Recyclers of Iowa
PO Box 307
Grimes, IA   50111

Palmer Group
3737 Woodland   Ste 200
West Des Moines, IA   50266

Paul Carmicheal
208 N Moore Rd
Lindenwood, IL   61049

Paul Idlas
1099 N Corp Cir
Grayslake, IL   60030

Paul Mugge
6190 470th St
Sutherland, IA   51058

PC Central
7177 Hickman Rd Ste 10
Urbandale, IA   50322

Perry Area Chamber of Commerce
1102 Willis Ave
Perry, IA   50220

Perry Water Works
1101 W 3rd St
PO Box 604
Perry, IA   50220

Peters Service Center
98 Willis Ave
Perry, IA   50220

Peterson Genetics Inc
1710 Adams St
PO Box 339
Cedar Falls, IA   50613-0339

Phillip Brase
2273 Packard Ave
Charles City, IA   50616

Postmaster
1420 2nd St
Perry, IA   50220

Prairie Farm Service
506 Bergen St Apt 121
PO Box 52
Vail, IA   51465

Rabo AgriFinance
6919 Chancellor Dr
Cedar Falls, IA   50613

Raccoon Valley Bank
1202 Second
PO Box 129
Perry, IA 50220

Ready Cap Lending, LLC
420 Mountain Ave 3rd Flr
New Providence, NJ 07974

Renea Gasche
2101 Locust St Apt 6
Granger, IA   50109

Richard Gregoire
30518 Pleasant Valley Ave
Wakonda, SD  57073

Richard Schwarting
2897 245th St
Williamsburg, IA   52361

Rick DeJoode Farms
11082 SE 56th Ave
Runnells, IA   50237

Rick Goedken
3984 Farley Rd
Farley, IA   52046

RMH Systems
1130 SE Westbrooke Dr
PO Box 970Waukee, IA   50263

RH Hamner Farms
6257 Co Rd 4
Graceville, MN  56240

Rod Richardson
1731 370th St
Tama, IA  52339

Roger McGrew
2268 Co Hwy 20
Xenia, IL  62899

Ron Kaldenberg
1107 Park Lane
Pella, IA  50219

Ron Kaufman
43595 218th St
Oldham, SD  57051

Ron Sterler
2423 Rewing Ave
Melvin, IA  51350

Rueter's Company
HWY 30 West
PO Box 227
Grand Junction, IA  50107

Ruth Anderson
12898 S-23 Hwy
Ackworth, IA  50001

S&L Water
Crystal Clear
804 Park St
Perry, IA  50220

Sauk Valley Farms
C/O Gerald Brechon
1270 Illinois Rte 26
Dixon, IL  61021

SGS North America Inc
Citibank - New Castle, Delaware
PO Box 2502
Carol Stream, IL  60132-2502

Sigler Bobby
305 S Walnut
Jefferson, IA  50129

Smart Seeds Inc
Westfield
177 E 100 N
Flora, IN  46929

Smith Tire LLC
301 Main St
PO Box 85
Yale, IA  50277

South Dakota Dept of Ag
Div of Ag Svcs Ofc of Agronomy Svcs
Foss Building
523 E Capitol Ave
Pierre, SD  57501-3182

South Dakota Foundation Seed
Box 2207A, SDSU
Brookings, SD  57007-1096

South Dakota Indep Crop Consultant Assn
c/o Gwen McGillivary - Exec Secretary
3104 N Serenity Dr
Watertown, SD  57201

South Dakota Soybean Assn
5000 S Broadband Ln Ste 100
Sioux Falls, SD  57108

Southern Ag Consulting Inc
PO Box 715
Starkville, MS  39760

Spee-Dee Delivery Service Inc
PO Box 1417
St Cloud, MN  56302-1417

Stan Miller
3995 Country Aire Dr
Cedarburg, WI  53012

```
STAR Services Inc
1100 Northwood Cir
Huxley, IA   50124

Steve Anderson
44980 304th St
Volin, SD   57072

Steve C Terpstra
366 Cambridge Dr NE
Cedar Rapids IA   52402

Steve Cornelius
10078 180th St
Yale, IA   50277

Steve Hamman
1431 E County Rd 2100N
Carthage, IL   62321

Steve Pickhinke
1844 240th St
Early, IA   50535

Steve Runner
3135 Taylor Ave
Gilman, IA   50106

Stuart Saager
W6386 County Rd CS
Poynette, WI   53955

Sundale Colony
14226 75th St SE
Milnor, ND   58060

Tim Berven
2986 Kantor Ave
Stanhope, IA   50246

Terry McDowell
1541 Redwood
Kirkman, IA   51447

Terry L Svatos
38284 289th St
Lake Andes, SD   57356
```

Thad Starby
c/o Irvin Osterloh
1467 20th Ave
Arkdale, WI  54613

Todd Gregg
1983 County Rd 7
Marshall, MN  56258

TJ Kartes
14182 74th Ave SE
Blooming Prairie, MN  55917

Tom Eischen Seed Sales
603 Hwy 18
Algona, IA  50511

Tom Hall
31805 470th Ave
Burbank, SD  57010

Tom Vanderwal
20571 469th Ave
Brookings, SD  57006

Tom Wiese
6423 23rd Ave.
Vinton, IA  52349

Troy Buller
2646 Co Hwy 1
Hendricks, MN  56136

Treasurer State of IA –
Iowa Soybean Assn
PO Box 3433
Omaha, NE  68103-0433

Tyler Muir
919 N Ave
Jefferson, IA  50129

University of Nebraska
Foundation Seed Division
1071 County Rd G Rm C
Ithaca, NE  68033

Valley Bank
1103 Buckeye Ave Ste 104
Ames, IA  50010

Verity Farms
47184 258th St
Sioux Falls, SD  57107

Vince Barloom
3380 340th St
Belle Plaine, IA  52208

Walridge Farms Cattle
2233 255th St.
Williamsburg, IA  52361

Wall Lora
3261 290th St
Blockton, IA  50836

Wayne Ellingson
4014 Francis E Davis Ct.
Ames, IA  50010

Western Seed Association
13 Prairie Vista Ct
Bloomington, IL  61704

Whitey Seed
4349 Cherry Ave
Hawarden, IA  51023

# United States Bankruptcy Court
## Southern District of Iowa

In re   Mark Seed Company _____     Case No. _____

_____ Debtor(s)              Chapter    11

# VERIFICATION OF MASTER ADDRESS LIST
# ON PAPER (CREDITOR MATRIX)

I, the CFO of the corporation named as the debtor in this case, declare under penalty of

perjury that I have read the attached Master Address List (creditor matrix), consisting of __0__

pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   December 26, 2014 _____     /s/ Bill Pim _____
                                              Bill Pim/CFO
                                              Signer/Title

VER_MTRX (Rev. 04/00)