# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 14-02984 |
| Mark Seed Company, | ) | |
| | ) | **APPOINTMENT OF COMMITTEE** |
| Debtor | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby appoints the following person/entities to the Official Committee of Unsecured Creditors in the above case:

| | | | | |
|---|---|---|---|---|
| Creditor: | Bayer CropScience LP<br>c/o Mark Larouche<br>2 T.W. Alexandre Drive<br>Research Triangle Park, NC 27709<br>Ph:   (919) 549-2466<br>Fax:  (919) 549-2185<br>mark.larouche@bayer.com | | Credtior: | Smart Seeds, Inc.<br>177 E. 100N<br>Flora, IN 46929<br>Ph:   (574) 967-3837<br>Fax:  (574) 967-5696<br>carol@smartseedsinc.com |
| Creditor: | Leland Boyd<br>2273 Packard Avenue<br>Charles City, IA 50616<br>Ph:   (319) 230-4144<br>Fax:  (641) 228-8001<br>lboyd@btlerrec.com | | Creditor: | Hoffman Seed House<br>c/o Mark Hartin<br>200 E 4th Street<br>Hoffman, IL 62250<br>Ph:   (618) 495-2617<br>Fax:  (618) 495-2207<br>hoffmanseed@uetwitz.net |
| Creditor: | Larson Grain Company<br>c/o Ross Fugleberg<br>103 1st Street, NE<br>Lamoure, ND 58458-0198<br>Ph:   (701) 883-5201<br>Fax:  (701) 883-5202<br>Ross.fugleberg@larsongrain.com | | | |

Mark Larouche is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

///

///

1

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

        **Daniel M. McDermott,**
        United States Trustee
        Region 12

By:/s/ James L. Snyder
    **James L. Snyder**
    Assistant U.S. Trustee
    I.D. #IS9999967
    210 Walnut Street, Room 793
    Des Moines, Iowa  50309-2108
    Ph:  (515) 284-4982 / Fax: 284-4986
    James.L.Snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was sent to the parties below on January 13, 2015.

Parties receiving electronic service:

    William Baresel    william@prichardlawoffice.com

    Bradley R Kruse    brk@brownwinick.com, tns@brownwinick.com

    Todd P Prichard    todd@prichardlawoffice.com, jennifer@prichardlawoffice.com

Parties receiving hand or mailed service:

Mark Seed Company
P.O. Box 67
Perry, IA 50220

                                                By:/s/ Shelly W. Fellner
                                                    **Shelly W. Fellner**
                                                      Legal Clerk
                                                      United States Trustee's Office