IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| MARK SEED ) | |
| ) | Bankruptcy No. 14-02984 |
| Debtor. ) | |
| ) | Hon. Anita L. Shodeen |
| ) | |

**NOTICE OF APPEARANCE and
REQUEST FOR SERVICE OF PAPERS BY FIEGEN LAW FIRM, P.C.**

Pursuant to F.R.B.P. 9010(b), please take notice that Thomas L. Fiegen of the Fiegen Law Firm, P.C. is appearing as local counsel for the Official Committee of Unsecured Creditors.

Pursuant to 11 U.S.C. § 342 and F.R.B.P. 2002 and 9007, Fiegen Law Firm, P.C., hereby requests that all notices and all papers required to be served in this case be served upon Fiegen Law Firm, P.C., at the office address and telephone number set forth below. Fiegen Law Firm also requests that it be placed on the Court matrix for this case.

Please take further notice that, pursuant to 11 U.S.C. § 342 and F.R.B.P. 2002 and 9007, the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings. or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

Respectfully submitted this ___ day of January, 2015.

FIEGEN LAW FIRM, P.C

By:_____
Thomas L. Fiegen Iowa - ID#AT0002495
3745 Center Point Road, N.E., Suite B/P. O. Box 2849
Cedar Rapids, Iowa 52406-2849
Phone (319) 362-6063   Fax (319) 362-5634
Email: fiegenlawfirm@gmail.com
Local Counsel for Official Committee of Unsecured Creditors.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| MARK SEED | ) |
| | ) Bankruptcy No. 14--02984 |
| Debtor. | ) |
| | ) Hon. Anita L. Shodeen |

### CERTIFICATE OF SERVICE OF FIEGEN LAW FIRM, P.C.'S APPEARANCE

I, the undersigned, an employee of Fiegen Law Firm, P. C., hereby certify, under penalty of perjury, that a copy of the Fiegen Law Firm, P.C.'s Appearance was served on:

Bradley R. Kruse
Brown, Winick, et. al.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309

Mark Seed Company
P.O. Box 67
Perry, Iowa 50220

United States Trustee's Office
Southern District of Iowa
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309

Todd P. Prichard
216 North Main St.,
PO Box 454
Charles City, Iowa 50616

Aaron Bixby
Rabo Agrifinance, Inc.
6919 Chancellor Drive
Cedar Falls, Iowa 50613

Jeffrey W. Courter
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3899

Matthew R. Burton
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402

Matthew E. McClintock
Goldstein & McClintock LLLP
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604

by depositing same in the United States mail, first-class, postage prepaid on the 28th day of January, 2015.

FIEGEN LAW FIRM, P. C.

By: *Mindy Amstutz* (signature)
ONE OF ITS EMPLOYEES
3745 Center Point Road, N.E., Suite B
P. O. Box 2849
Cedar Rapids, Iowa 52406-2849