## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARK SEED COMPANY | ) | Case No. 14-02984 |
|  | ) |  |
| Debtor. | ) | Hon. Anita L. Shodeen |
|  | ) |  |
|  | ) | **STIPULATION REGARDING UNITED** |
|  | ) | **STATES TRUSTEE'S MOTION TO** |
|  | ) | **CONVERT CHAPTER 11 CASE TO** |
|  | ) | **CHAPTER 7** |

The above-captioned debtor (the "*Debtor*"), the Official Committee of Unsecured Creditors (the "*Committee*"), and James L. Snyder, Esq., Assistant United States Trustee for Region 12 (the "*UST*," and collectively with the Debtor and the Committee, the "*Parties*"), hereby stipulate and agree to the following:

1.      WHEREAS, on December 26, 2014, the Debtor filed a voluntary petition for relief under title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Southern District of Iowa (the "*Court*").

2.      WHEREAS, on February 9, 2015, the UST filed its Motion to Convert Chapter 11 Case to Chapter 7 [Docket No. 42] (the "*Conversion Motion*").  The Court set an objection deadline of March 3, 2015 (the "*Objection Deadline*").

3.      WHEREAS, since the Conversion Motion was filed, the Committee has been in contact with the Debtor to receive the financial information necessary to determine whether to support or object to the Conversion Motion.  The Debtor believes that it can reorganize and provided the Committee with preliminary financial forecasts on February 18, 2015.  The forecasts, however, were not sufficiently detailed to allow the Committee to intelligently respond, and the Committee requested additional information.

4.       WHEREAS, on February 27, 2015, the Debtor provided the Committee with further financials that the Committee has reviewed.  The Committee still has a number of questions regarding the methodology and assumptions underlying the projections, including concerning the Debtor's projected cash flow for the remainder of 2015.  The Committee's financial advisor and the Debtor's co-CFOs have scheduled a call for Monday, March 2, 2015 to discuss these issues.

**<u>STIPULATION</u>**

5.       The Debtor agrees to allow its management to work with the Committee's financial advisor in an effort to get the Committee sufficient comfort with the Debtor's projections and financial plan, so that the Committee is able to determine whether continued operations in chapter 11 will be beneficial to the Debtor's creditors.

6.       In order to facilitate the foregoing discussions, pursuant to 11 U.S.C. § 1112(b)(3), the UST has expressly consented to extend the Objection Deadline ten days, to March 13, 2015.  Further, pursuant to 11 U.S.C. § 1112(b)(3), the UST has expressly consented to holding a hearing on the Conversion Motion later than thirty days after the filing of the Conversion Motion.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 2, 2015                    Respectfully submitted,

*Counsel for the Official Committee of Unsecured*
*Creditors*

By:___/s/ Matthew E. McClintock_____
Matthew E. McClintock
GOLDSTEIN & MCCLINTOCK LLLP
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone: (312) 337-7700
Facsimile: (312) 277-2305
e-mail: mattm@restructuringshop.com

*United States Trustee – Region 12*

Daniel M. McDermott – United States Trustee
Region 12

By:___/s/ James Snyder_____
James L. Snyder
Assistant U.S. Trustee
I.D. #IS9999967
210 Walnut Street, Room 793
Des Moines, IA 50309-2108
Ph: (515)284-4982/Fax: (515) 284-4986
James.L.Snyder@usdoj.gov

*Counsel to the Debtor*

By:___/s/ Bradley R. Kruse_____
Bradley R. Kruse
BROWN,    WINICK,    GRAVES,    GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2460
Facsimile: 515-323-8560
E-mail: brk@brownwinick.com